IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS PERMIAN BASIN,<br>*Defendant.* | § § § § § § § § § § | MO:22-CV-00210-DC |

## ORDER

On August 30, 2023, the Court signed and entered a Consent Decree[1] after the parties moved together[2] in resolution of all matters regarding the United States Equal Employment Opportunity Commission's Complaint in this litigation. Because the Consent Decree effectively requests that the Court retain jurisdiction over this matter for a period of at least three years, the Court will administratively close the case at this time pending further action from the parties.

Accordingly, this case is **ADMINISTRATIVELY CLOSED.**

It is so **ORDERED**.

SIGNED this 5th day of January, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 19.
[2] ECF No. 18.